Case 1:01-cv-00553   Document 102   Filed 04/08/03   Page 1 of 3 PageID #: 1134

## IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## BLUEFIELD DIVISION

SHARON FAYE BAKER and
CHASTITY CASSADY, on behalf
of themselves and all other similarly situated,

            Plaintiffs,

v.                                              Civil Action No.:1:01-0553
                                                  (Judge David Faber)

PURDUE PHARMA L.P., a Delaware
corporation; THE PURDUE FREDERICK COMPANY,
a Delaware corporation; PURDUE PHARMACEUTICALS
L.P., a Delaware corporation; THE P.F. LABORATORIES,
INC., a New Jersey corporation; ABBOTT LABORATORIES,
an Illinois corporation; ABBOTT LABORATORIES INC.,
a Delaware corporation, BRADSHAW PHARMACY, a
West Virginia corporation, and JOHN DOES,

            Defendants,

### NOTICE OF PLAINTIFFS ACCEPTANCE OF CONDITIONS FOR VOLUNTARY DISMISSAL

Now come the plaintiffs, by counsel and hereby inform the Court that they will accept the conditions for a voluntary dismissal without prejudice of this action as set forth in the Order entered by this Court on March 31, 2003. The conditions are as follows:

1.     The plaintiffs and their counsel agree to the use of the discovered materials in any future proceedings involving these plaintiffs, or any other claim brought by current counsel for the plaintiffs on a substantially similar theory of liability.

2. The plaintiffs agree to pay a portion of the taxable costs (not attorneys' fees) incurred by the defendants over the course of this action. Specifically, plaintiffs are to pay those costs associated with work that cannot be used by defendants in subsequent litigation.

Respectfully submitted,

Mark A. Hunt # 6608
Hunt & Serreno
Huntington Bank Building
Suite 1000
Lee Street
Charleston, WV 25301

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

SHARON FAYE BAKER and
CHASTITY CASSADY, on behalf
of themselves and all other similarly situated,

        Plaintiffs,

v.

        Civil Action No.:1:01-0553
        (Judge David Faber)

PURDUE PHARMA L.P., a Delaware
corporation; THE PURDUE FREDERICK COMPANY,
a Delaware corporation; PURDUE PHARMACEUTICALS
L.P., a Delaware corporation; THE P.F. LABORATORIES,
INC., a New Jersey corporation; ABBOTT LABORATORIES,
an Illinois corporation; ABBOTT LABORATORIES INC.,
a Delaware corporation, BRADSHAW PHARMACY, a
West Virginia corporation, and JOHN DOES,

        Defendants,

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Notice of Plaintiffs Acceptance of Conditions for Voluntary Dismissal was served upon the following counsel of record by U.S. Mail, first class postage prepaid this 4th day of April, 2003.

Stephen P. Goodwin, Esquire
Carrie Goodwin Fenwick, Esquire
Carte Goodwin, Esquire
Goodwin & Goodwin
P.O. Box 2107
Charleston, WV 25328

W. Henry Jernigan, Jr., Esquire
Dinsmore & Shohl
Huntington Square, Suite 600
900 Lee Street
Charleston, WV 25301

Mark A. Hunt  #6608
Hunt & Serreno
Huntington Bank Building
Suite 1000
Lee Street
Charleston, WV 25301